IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PAMALA MARTIN, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>GLENDA ORRILL, et al., )<br>)<br>    Defendants. ) | No. 07-3153 |

OPINION

RICHARD MILLS, U.S. District Judge:

The Court has received Pro Se Plaintiff Pamala Martin's complaint and her motion for leave to proceed in forma pauperis. District courts have the authority under 28 U.S.C. § 1915A to screen complaints filed by litigants, regardless of fee status, prior to service on the Defendants, and must dismiss the complaint if it fails to state a claim. See Rowe v. Shake, 196 F.3d 778, 781 (7th Cir. 1999). The Court concludes that Plaintiff Martin's complaint, which purports to assert a claim for identity theft, is devoid of any allegations involving the Defendants and does not seek any

1

relief relating to the Defendants.

Ergo, the Plaintiff's motion for leave to proceed in forma pauperis [d/e 1] is DENIED.  The Court sua sponte DISMISSES the Plaintiff's complaint.

ENTER: June 28, 2007

      FOR THE COURT:

          s/Richard Mills
          United States District Judge